Hade, Judge,
dissentiente.-tf-I? the title to the negro girl passed to Mary Godley, %ie petitioners are entitled to recover : nor will I deny, that if she has the legal title, in trust for herself, during her life, they are entitled to recover j but the deed is drawn in too questionable a shape, to admit of clearness aud certainty. The words are, that they “ delivered to Mary Godley, upon trust, for the purposes in the annexed agreement, a certain negro girl,” &c.$ the words, upon trust, seem to distinguish this deed from those commonly used to convoy the property itself j it was not intended that she should hold the property as in common cases $ and I think, where a doubt exists, as in this case, and two constructions may be placed on a deed, one of which would be against law, so, as not to answer the end proposed, and the other is conformable to it, the latter ought to be adopted. Now if *99 we consider Mary Godley as only having- a trust interest in the property, from the words, “ delivered to her upon * trust,” &c. the object in view will be accomplished, But jf we adopt the'other construction, and give her the legal title by those words, the object of the parties will be frustrated. The petitioners were never intended to be benefited by the conveyance; where then it is stated that, the negro girl v\ as delivered to her upon trust, I must understand it to mean, that she had a trust estate, in contradistinction from a legal estate, and that the legal interest did not pass. I therefore think the petition should be dismissed.
By a majority of the Court, the Judgment was
Reyerser.